E-FILED
Friday, 09 October, 2009  02:08:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MARGARET WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-1085 |
| ) | |
| MARY ELLEN BULLOCK, JILL FOSTER,) | |
| PETE WESSEL, THE CHILDREN'S ) | |
| HOME & AID SOCIETY, a not for profit ) | |
| corporation, CINDY PETTY, PETRONILO ) | |
| COSTA, M.D., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND JOIN AN ADDITIONAL DEFENDANT

COMES NOW the Plaintiff, Margaret Wright, by and through her attorneys, Baker, Baker & Krajewski, and pursuant to Rule 15 of the Federal Rules of Civil Procedure seeks leave to both file a second amended complaint and join the Illinois Department of Children and Family Services ["Department"] as an additional Defendant. In support of this motion the Plaintiff, Margaret Wright, states as follows:

1. That the above captioned proceeding presently raises both constitutional tort and state law claims against various Defendants for incidents occurring during the course of the employment of the Plaintiff, Margaret Wright, with the Department.

2. That at the time the above captioned proceeding was initiated the Plaintiff, Margaret Wright, had pending before the Illinois Department of Human Rights and the Equal Employment Opportunity Commission ["EEOC"] a charge of discrimination against the Department claiming, among other things,

violation of the "Americans With Disabilities Act" ["Act"] (42 U.S.C. § 12-100 et.al.). The claims embodied in the charge raises claims arising out of the same facts as the claims presently advanced in this proceeding.

3. That when this proceeding was initially filed the Plaintiff, Margaret Wright, had not secured permission from either EEOC or the Department of Justice to initiate a civil lawsuit with respect to her claims under the Act against the Department. Recently, the Plaintiff, Margaret Wright, has secured permission to initiate a lawsuit pursuant to the Act against the Department. The second amended complaint raises that claim against the Department.

4. That in addition to what is described above the second amended complaint removes the federal claim maintained by the Plaintiff, Margaret Wright, against the Defendant, the Children's Home & Aid Society, to conform with the order earlier entered by this Court.

5. That the above captioned proceeding is not yet fully at issue and no scheduling order has yet been entered in this case. The request made in this motion will neither unduly delay this proceeding nor prejudice the interest of any party.

6. That counsel for the Plaintiff, Margaret Wright, has conferred with counsel for the Defendants who have thus far entered appearances concerning this motion. He understands and has been authorized to represent that counsel for Cindy Petty and the Children's Home & Aid Society, does not object to this motion. However, counsel for the remaining Defendants may or may not object to this motion and presently do not consent to it.

WHEREFORE, the Plaintiff, Margaret Wright, respectfully requests leave to join the Department as a Defendant in this proceeding and file her second amended complaint.

MARGARET WRIGHT

By:   s/ James P. Baker
      James P. Baker
      Bar Number: 0097802
      Baker, Baker & Krajewski, LLC
      415 South Seventh Street
      Springfield, Illinois 62701
      Telephone: (217) 522-3445
      Facsimile: (217) 522-8234
      E-mail: brendabakerlaw@sbcglobal.net
      (Motions/wrightmargaretleavetofilesecond 092809)

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brendan J. Nelligan
bnelligan@pretzel-stouffer.com

David S. Allen
dallen@stellatoschwartz.com

Graham P. Miller
gmiller@stellatoschwartz.com

Kimberly F. Stevens
kstevens@atg.state.il.us

By:   s/ James P. Baker
      James P. Baker
      Baker, Baker & Krajewski, LLC