E-FILED
Wednesday, 13 June, 2012 08:51:12 AM
Clerk, U.S. District Court, ILCD



## VERDICT FORM A

We, the Jury find for the Plaintiff, Margaret Wright, and against the Defendant, the Illinois Department of Children and Family Services, with respect to the "Americans With Disabilities Act" claim.

6/11/12

s/ Foreperson

FOREPERSON

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror



FILED
JUN 1 1 2012
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## VERDICT FORM D

We, the Jury find for the Defendant, Mary Ellen Bullock, and against the Plaintiff, Margaret Wright, with respect to the claim maintained under 42 U.S.C. Section 1983.

6/11/12

s/ Foreperson
FOREPERSON   //

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

34



## VERDICT FORM F

We, the Jury find for the Defendant, Jill Foster, and against the Plaintiff, Margaret Wright, with respect to the claim maintained under 42 U.S.C. Section 1983.

6/11/12

s/ Foreperson
_____
FOREPERSON

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

36



Question Form 1

We, the jury, find that the Plaintiff, Margaret Wright, was constructively discharged from her employment with the Defendant, the Illinois Department of Children and Family Services.

6/11/12

s/ Foreperson
FOREPERSON

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

40



FILED
JUN 11 2012
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

We, the Jury, award to the Plaintiff, Margaret Wright, damages in the sum amount of $ 0 .

6/11/12

s/ Foreperson
FOREPERSON

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror